815 A.2d 561

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Stephen J. BANIK, Respondent.**

**No. 789 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 17, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of December, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 27, 2002, it is hereby

ORDERED that STEPHEN J. BANIK be subjected to Public Censure by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.